## RALSTON v. GREEN.

Court of Common Pleas. Kent. May, 1815.

*Clayton's Notebook, 45.*\*

The sheriff is not obliged to sell land in lots, although requested by the defendant to do so.

## JAMES ROBINSON'S ADMINISTRATORS v. WILLIAM DAVID.

Court of Common Pleas. Kent. May, 1815.

*Clayton's Notebook, 45.*†

---

\* This account of this case is repeated *infra, Clayton's Notebook, 176.*

† This account of this case is repeated *infra, Clayton's Notebook, 176.*